1  **JOHN C. LEMON**
   California Bar No. 175847
2  **LAW OFFICES OF JOHN C. LEMON, APC**
   433 G Street, Suite 202
3  San Diego, California  92101
   Telephone:  (619) 652-9961
4  email: jlemon@san.rr.com

5  Attorney for **Mr. Chacon-Canales**

6

7                    UNITED STATES DISTRICT COURT

8                    SOUTHERN DISTRICT OF CALIFORNIA

9                    **(HONORABLE BARRY TED MOSKOWITZ)**

10 | UNITED STATES OF AMERICA, | ) | Criminal No. 07cr2870-BTM |
11 | Plaintiff, | ) | Date:  November 30, 2007 |
   |  | ) | Time:  1:30 p.m. |
12 | v. | ) |  |
   |  | ) | **NOTICE OF MOTION AND** |
13 | **MARVIN JOVANI** | ) | **MOTION TO:** |
   | **CHACON-CANALES,** | ) |  |
14 |  | ) | 1)  **COMPEL DISCOVERY.** |
15 | Defendant. | ) |  |

18 TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
       PAUL S. COOK, ASSISTANT UNITED STATES ATTORNEY.
19

20     **PLEASE TAKE NOTICE** that on November 30, 2007, at 1:30 p.m., or as soon thereafter as

21 counsel may be heard, the defendant, Marvin Jovani, Chacon-Canales, by and through his attorney, John C.

22 Lemon, will ask this Court to enter an order granting the motion listed below.

23 //

24 //

25 //

26 //

27 //

28

                                          1                                    07cr2870-BTM

**MOTION**

Marvin Jovani Chacon-Canales, the accused in this case, by and through his attorney, John C. Lemon, pursuant to the Fourth, Fifth and Sixth Amendments to the United States Constitution, Federal Rules of Criminal Procedure and all other applicable statutes, case law and local rules, hereby moves this court to grant the following motion to:

    **1)    Compel the production of discovery;**

This motion is based upon the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on this motion.

Respectfully submitted,

Dated: November 4, 2007                                 **/s/ John C. Lemon**
                                                                               JOHN C. LEMON
                                                                               Attorney for Mr. Chacon-Canales