**CERTIFICATE OF SERVICE**

Defense counsel certifies that the foregoing pleading was electronically filed on this date. In addition, a courtesy copy will be delivered to:

Chambers

Mr. Chacon-Canales

Dated: November 4, 2007             /s/ JOHN C. LEMON
                                                   Law Offices of John C. Lemon, APC
                                                   433 G Street, Suite 202
                                                   San Diego, CA 92101