**JOHN C. LEMON**
California Bar No. 175847
**LAW OFFICES OF JOHN C. LEMON, APC**
433 G Street, Suite 202
San Diego, California 92101
Telephone: (619) 652-9961
email: jlemon@san.rr.com

Attorney for **Mr. Chacon-Canales**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 07cr2870-BTM |
| | ) | |
| Plaintiff, | ) | Date:    November 30, 2007 |
| | ) | Time:    1:30 p.m. |
| v. | ) | |
| | ) | |
| **MARVIN CHACON-CANALES**, | ) | |
| | ) | |
| | ) | **JOINT MOTION TO CONTINUE** |
| Defendant. | ) | **MOTION HEARING** |
| | ) | |
| _____ | ) | |

       The defendant, Marvin Chacon-Canales, through his attorney, John C. Lemon, and the United States of America, by its counsel, Karen P. Hewitt, United States Attorney, and Paul S. Cook, Assistant United States Attorney, jointly move the Court to continue the motion hearing currently scheduled for November 30, 2007 at 1:30 p.m., to December 21, 2008, at 2:00 p.m.

Dated: November 29, 2007                      /s/ John C. Lemon
                                        John C. Lemon
                                        Attorney for Mr. Chacon-Canales

Dated: November 29, 2007                      /s/ Paul S. Cook
                                          Paul S. Cook
                                        Assistant United States Attorney