**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that he has electronically filed the attached pleading.

Dated: November 29, 2007        /s/ John C. Lemon
                                Law Offices of John C. Lemon, APC
                                433 G Street, Suite 202
                                San Diego, CA 92101