UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No: 07cr2870-BTM |
| Plaintiff, | ) | |
| v. | ) | |
| **MARVIN CHACON-CANALES,** | ) | **ORDER CONTINUING MOTION HEARING** |
| Defendant. | ) | |

    Good cause appearing, **IT IS HEREBY ORDERED** that the Motion Hearing currently scheduled for November 30, 2007, at 1:30 p.m. be continued to December 21, 2007, at 2:00 p.m.

**SO ORDERED.**

DATED: November 29, 2007

*/s/ Barry Ted Moskowitz*

Honorable Barry Ted Moskowitz
United States District Judge