1 **CERTIFICATE OF SERVICE**

2     Counsel for Defendant certifies that he has electronically filed the attached pleading.

4 Dated: December 19, 2007                  /s/ John C. Lemon
                                                                 Law Offices of John C. Lemon, APC
                                                                 433 G Street, Suite 202
                                                                 San Diego, CA 92101