**JOHN C. LEMON**
California Bar No. 175847
**LAW OFFICES OF JOHN C. LEMON, APC**
433 G Street, Suite 202
San Diego, California 92101
Telephone: (619) 652-9961
email: jlemon@san.rr.com

Attorney for **Mr. Chacon-Canales**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 07cr2870-BTM |
| Plaintiff, ) | Date:  December 21, 2007 |
| ) | Time:  2:00 p.m. |
| v. ) | |
| **MARVIN CHACON-CANALES**, ) | |
| ) | **JOINT MOTION TO CONTINUE** |
| Defendant. ) | **MOTION HEARING** |
| ) | |

The defendant, Marvin Chacon-Canales, through his attorney, John C. Lemon, and the United States of America, by its counsel, Karen P. Hewitt, United States Attorney, and Paul S. Cook, Assistant United States Attorney, jointly move the Court to continue the motion hearing currently scheduled for December 21, 2007 at 2:00 p.m., to January 18, 2008, at 1:30 p.m.

Dated: December 19, 2007                              /s/ John C. Lemon
                                                                         John C. Lemon
                                                                         Attorney for Mr. Chacon-Canales

Dated: December 19, 2007                              /s/ Paul S. Cook
                                                                         Paul S. Cook
                                                                         Assistant United States Attorney