**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that he has electronically filed the attached pleading.

Dated: December 19, 2007     /s/ John C. Lemon
                             Law Offices of John C. Lemon, APC
                             433 G Street, Suite 202
                             San Diego, CA 92101