1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                         SOUTHERN DISTRICT OF CALIFORNIA

10                       **(HONORABLE BARRY TED MOSKOWITZ)**

11  UNITED STATES OF AMERICA,              )    Criminal No: 07cr2870-BTM
                                           )
12              Plaintiff,                 )
                                           )
13              v.                         )
                                           )
14                                         )
    **MARVIN CHACON-CANALES,**             )    **ORDER CONTINUING**
15                                         )    **MOTION HEARING**
                Defendant.                 )
16  ─────────────────────────────────────)

17      **IT IS HEREBY ORDERED** that the motion hearing currently scheduled for December 21, 2007,

18  at 2:00 p.m. be continued to January 18, 2007, at 1:30 p.m.

19      **SO ORDERED.**

20  DATED:  December 19, 2007

21                                                  _____

22                                                  Honorable Barry Ted Moskowitz
                                                    United States District Judge
23

24

25

26

27

28