UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No: 07cr2870-BTM |
| Plaintiff, | |
| v. | |
| MARVIN CHACON-CANALES, | **AMENDED ORDER CONTINUING MOTION HEARING** |
| Defendant. | |

**IT IS HEREBY ORDERED** that the motion hearing currently scheduled for December 21, 2007, at 2:00 p.m. be continued to January 18, **2008**, at 1:30 p.m.

**SO ORDERED.**

DATED: December 19, 2007

_____
Honorable Barry Ted Moskowitz
United States District Judge

07cr2870